# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --            )
                               )

Templeton Construction     )     ASBCA Nos. 59416, 59417
                               )

Under Contract No. W9126G-06-C-0045    )

APPEARANCES FOR THE APPELLANT:       Robert G. Ruggieri, Esq.
Joseph A. Hackenbracht, Esq.
   Cohen Seglias Pallas Greenhall & Furman PC
Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
   Engineer Chief Trial Attorney
Arthur B. Archambeau, Esq.
   Assistant District Counsel
   U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The parties have settled their disputes. The appeals are dismissed with prejudice.

Dated: 8 September 2017

_____
TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59416, 59417, Appeals of Templeton Construction, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals